UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

TERRY DALE TILMON                              CIVIL ACTION NO. 22-5896

                                               SECTION P
VS.

                                               JUDGE TERRY A. DOUGHTY

NICOLE SOIGNIER, ET AL.                        MAG. JUDGE KAYLA D. MCCLUSKY


## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been

considered, no objections thereto having been filed, and finding that same is supported by the

law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims filed by

Plaintiff Terry Dale Tilmon are **DISMISSED WITH PREJUDICE** as frivolous and for failing

to state claims on which relief may be granted:

○ that Lieutenant Nicole Soignier, Sergeant Ethan Soignier, and Chief Duchesne
conspired in retaliation to target him for drug testing without reasonable
suspicion;

○ that Sergeant Ethan Soignier retaliated;

○ that on March 21, 2022, Shaw "had [Plaintiff] sign a property release form to
release his watch";

○ that Plaintiff was denied procedural due process in relation to his confiscated
or destroyed property;

○ that Sergeant Shaw and Chief Duchesne negligently failed to secure Plaintiff's
property with notifications that the property was approved to be sent home;

○ that on March 11, 2022, Chief Duchesne told Plaintiff he had ten days to send
his watch home;

○ that on March 31, 2022, Sergeant Shaw "had" Plaintiff "sign a property release

form to release his watch" without first affording him an administrative hearing;

○ that Plaintiff was denied equal protection of the law;

○ that Warden Wade did not respond to satisfactorily to grievances;

○ all claims against Regional Disciplinary Board, the Louisiana Department of Corrections, the Richland Parish Police Jury, and Secretary James LeBlanc;

○ that on November 15, 2021, Nicole Soignier falsely charged him via rule violation report with contraband;

○ that Plaintiff was denied adequate time for outdoor recreation and exercise, that inadequate ventilation caused foul odors, and that housing unit windows were painted black;

○ that legal mail was copied and confiscated;

○ that RPDC lacked mental health services; and

○ that Warden Wade failed to render medical care.

MONROE, LOUISIANA, this 10th day of April 2023.


_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE