# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TERRY DALE TILMON** | **CIV. ACTION NO. 3:22-05896 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NICOLE SOIGNIER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 37] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 30] filed by Defendants Sheriff Gary Gilley, Chief Micah Duchesne and Warden Tyler Wade, is **GRANTED IN PART**, and that Plaintiff Terry Tilmon's state and federal law claims related to exposure to mold and mildew are hereby **DISMISSED WITH PREJUDICE**. FED. R. CIV. P. 56.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Doc. No. 30] otherwise is **DENIED**.

MONROE, LOUISIANA, this 29th day of July 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**